No. 93–5891.  DOMINGUEZ *v.* UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 93–5927.  THOMAS *v.* UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 93–5929.  DRAYTON *v.* EVATT, COMMISSIONER, SOUTH CAR-
OLINA DEPARTMENT OF CORRECTIONS.  Sup. Ct. S. C.  Certio-
rari denied.

No. 93–5971.  MIDDLETON *v.* MURPHY, WARDEN.  C. A. 7th Cir.
Certiorari denied.

No. 93–6062.  D'OTTAVIO *v.* UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 93–6081.  WILLIAMS *v.* UNITED STATES.  C. A. 8th Cir.
Certiorari denied.

No. 93–6093.  WILLIAMS *v.* WHITLEY, WARDEN.  C. A. 5th Cir.
Certiorari denied.

No. 93–6137.  SANDERS *v.* UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 93–6222.  DOWELL *v.* LENSING, WARDEN, ET AL.  C. A.
5th Cir.  Certiorari denied.

No. 93–6224.  STOVALL *v.* UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 93–6243.  AGUNBIADE *v.* UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 93–6247.  McEADDY *v.* UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 93–6266.  FLORAT *v.* UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 93–6281.  LEEKS *v.* CUNNINGHAM ET AL.  C. A. 11th Cir.
Certiorari denied.

No. 93–6298.  CASTILLO *v.* STAINER, WARDEN.  C. A. 9th Cir.
Certiorari denied.